# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144914

BRIGID FLYNN GODVIN, MAUREEN ANN
PORUBSKY, and FRANCIS J. FLYNN,
      Plaintiffs-Appellees,

v

RDD INVESTMENT CORP.,
      Defendant-Appellant,

and

POLICEMAN & FIREMAN RETIREMENT
SYSTEM OF CITY OF DETROIT BOARD OF
TRUSTEES, ROMULUS DEEP DISPOSAL
LIMITED PARTNERSHIP, ROMULUS DEEP
DISPOSAL LIMITED PARTNERSHIP 1,
REMUS JOINT VENTURE, DOUGLAS F.
WICKLUND, TIMMIS & INMAN, P.L.L.C.,
CORDOBA, L.L.C., ROMULUS LIMITED
PARTNERSHIP, FREDERICK K. HOOPS,
Trustee, and KELLY CAWTHORN, P.L.L.C.,
      Defendants.

_____/

SC: 144914
COA: 300776
Wayne CC: 09-016372-CK

On order of the Court, the application for leave to appeal the February 28, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

s0827